```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

JIM GUESS                                             PLAINTIFF

v.                      Civil No. 10-5244

MICHAEL J. ASTRUE,
Commissioner of Social Security                       DEFENDANT

## O R D E R

Now on this 22nd day of May, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 14), to which no objections have been filed. The Court, being well and sufficiently advised, finds that the Report and Recommendation is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 14) is hereby **adopted** *in toto.*

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation (Doc. 14), the ALJ's decision is **REVERSED.**

**IT IS FURTHER ORDERED** that this case is hereby **remanded** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

```
                              /s/Jimm Larry Hendren
                              HON. JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE
```